# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua Calvin Hughes, (DOB: XXXXXXXXX)<br>Jerod Wade Hughes, (DOB: XXXXXXXX)<br><br>*Defendant(s)* | Case: 1:21-mj-00180<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/28/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    January 6, 2021    in the county of _____ in the _____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 231(a)(3) | Obstruct/Impede/Interfere with Law Enforcement during a Civil Disorder 18 |
| 18 U.S.C. § 1752(a)(1) | Knowingly Enter or Remain in Restricted Building Without Authorization; |
| 18 U.S.C. § 1752(a)(2) | Knowingly Disrupt Government Business or Official Function; |
| 40 U.S.C. § 5104(e)(2)(A) | Enter or Remain in Capitol Building Without Authorization; |
| 40 U.S.C. § 5104(e)(2)(C) | Enter Capitol Building with the Intent to Disrupt Official Business; |
| 40 U.S.C. § 5104(e)(2)(G) | Parade, Demonstrate, or Picket in a Capitol Building |
| 18 U.S.C. § 1361 | Destruction of Property |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*signature: Alejandro M. Flores*

Complainant's signature

Alejandro M. Flores, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/28/2021

Judge's signature

City and state:         Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*